

Walter Weiss (SBN: 73107)
Margaret Mayfield (SBN: 233786)
1901 Avenue of the Stars
Suite 390
Los Angeles, CA 90067
(310) 553-7019 FAX: (310) 556-3006
E-Mail:walter@walterweiss.net
E-Mail: margaret@walterweiss.net

Attorneys for Defendant, Glen Rose Petroleum Corp.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS J. PERNICE, | Case No. CV 1 1 - 4 1 2 0 MMM (FFmx) |
| Plaintiff, | |
| v. | **DEFENDANT GLEN ROSE PETROLEUM CORP.'S NOTICE OF REMOVAL** |
| GLEN ROSE PETROLEUM CORP., BLACKWOOD, CAPITAL LIMITED, ANDREW TIMMINS, a/k/a ANDREW TAYLOR-KIMMINS, MJH ASSET MANAGEMENT SA, and DOES 1 through 50, | |
| Defendants | |

## DEFENDANT GLEN ROSE PETROLEUM

## CORP.'S NOTICE OF REMOVAL

TO THIS HONORABLE COURT, AND TO ALL PARTIES AND TO THEIR ATTORNEYS OR RECORD HEREIN:

1. Glen Rose Petroleum Corporation ("Glen Rose") is a defendant in the civil action brought on or about April 1, 2011, in the Superior Court of the State of California, Los Angeles County. Pursuant to provisions of Sections 1441 and 1446 of Title 28 of the United States Code, Glen Rose removes this action to the United

States District Court for the Central District of California, which is the judicial district in which the action is pending.

2. The ground for removal of this action are:

   a. On or about April 1, 2011, Plaintiff Thomas J. Pernice ("Plaintiff") filed a complaint in the Superior Court of California, Los Angeles County, No. SC112070 (the "Complaint").

   b. There is complete diversity of citizenship between Plaintiff and Defendants in this action because:

      i. Plaintiff, an individual, is a resident and citizen of Los Angeles County, California.

      ii. Glen Rose is a corporation organized and incorporated under the laws of the State of Delaware, with its principal place of business located in Katy, Texas.

      iii. Defendant Blackwood Capital Limited is a limited liability company organized under the laws of Gibraltar, with its principal place of business located in Geneva, Switzerland.

      iv. Defendant Andrew Kimmins, a/k/a Andrew Taylor-Kimmins, an individual, is a citizen of the United Kingdom, and currently resides in Switzerland.

      v. MJH Asset Management SA is a corporation organized and incorporated under the laws of Switzerland, with its principal place of business located in Geneva, Switzerland.

   c. More than $75,000, exclusive of interest and costs, is in controversy in this action. This Court would have had original subject matter jurisdiction of this action under the provisions of 28 U.S.C. § 1332 if the action had originally been brought in federal court. Removal is, therefore, proper under 28 U.S.C. § 1332(a).

3.     Removal of this case on the basis of diversity of citizenship is not precluded by the provisions of 28 U.S.C. § 1441(b) because none of the parties in interest properly joined and served as a defendant is a citizen of the State of California, the state in which this action was brought.

4.     This Notice of Removal is timely under 28 U.S.C. § 1446(b) because the Complaint was served on Glen Rose on April 14, 2011. This Notice of Removal is filed within 30 days of receipt of Plaintiff's initial pleadings and within one year of commencement of the action, so that it is timely filed under 28 U.S.C. § 1446(b).

5.     Upon Glen Rose's information and belief, Plaintiff has not served the Complaint upon any of the other named Defendants.

6.     All state-court papers served on Glen Rose at the time of removal, consisting of the summons and the Complaint, are attached hereto.

Respectfully submitted this 12th day of May, 2011.

By: _____
        Walter Weiss, Esq.

        **Walter Weiss, A Law Corporation**
        **1901 Avenue of the Stars, Suite 390**
        **Los Angeles, CA  90064**
        Attorney for Defendant GLEN ROSE
        PETROLEUM CORP.

## PROOF OF SERVICE

STATE OF CALIFORNIA          )
                             ) s.s.
COUNTY OF LOS ANGELES        )

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1901 Avenue of the Stars, Suite 390, Los Angeles, California 90067.

     On **May 13, 2011**, I served the foregoing document(s) described as:

## DEFENDANT GLEN ROSE PETROLEUM CORP.'S NOTICE OF REMOVAL

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

  X   **(BY MAIL)** In accordance with the regular mail collection and processing practices of this business office, with which I am familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope for collection and mailing on this same date  following ordinary business practices.

_____  **(BY PERSONAL SERVICE)**

    _____  By personally delivering copies to the person served
    _____  I delivered such envelope by hand to the offices of the addressee pursuant to C.C.P. Section 1011.
    _____  I caused such envelope to be delivered by hand to the office of the addressee, either by overnight delivery via Federal Express or by local courier.
    _____  I caused such envelope to be delivered to the office of the addressee, either by telecopier or facsimile machine. Proofs of such delivery are attached to this proof of service.

### STATE

_____ I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **May 13, 2011**, at  Los Angeles, California.

### FEDERAL

  X  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on May 13, 2011 ,at Los Angeles, California.

Michael Guirges

**SERVICE LIST**

Via U.S. Mail, Certified, Return Receipt Requested:

Jack Utter, Esq.
LAW OFFICES OF JACK UTTER
2020 Main Street, Suite 900
Irvine, CA 92614

Glen Rose Petroleum Corp.
C/O Marc J. Ross, Esq.
Sichenzia Ross Friedman Ference LLP
61 Broadway, 32nd Floor
New York, New York 10006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Margaret M. Morrow and the assigned discovery Magistrate Judge is Frederick F. Mumm.

The case number on all documents filed with the Court should read as follows:

## CV11- 4120 MMM (FFMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

======================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X]  Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ]  Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ]  Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY