Jack Utter, Esq.
Law Offices of Jack Utter
2020 Main Street, Suite 900
Irvine, California 92614
(949) 955-9136
SBN # 92066
E-Mail: jack@jackutterlaw.com

Attorney for Plaintiff, Thomas J. Pernice

IT IS SO ORDERED.
DATED: September 28, 2011

/s/ Margaret M. Morrow
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS J. PERNICE,<br><br>Plaintiff,<br><br>v.<br><br>GLEN ROSE PETROLEUM, a Delaware corporation, et al.<br><br>Defendant. | Case No. CV11-4120 MMM(FFMx)<br><br>STIPULATION OF DISMISSAL<br><br>JS-6<br><br>FILED<br>CLERK, U.S. DISTRICT COURT<br>SEP 28 2011<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY         DEPUTY |

**IT IS HEREBY STIPULATED** by and between the parties to ths action through their designated counsel that the above captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: September 9, 2011

Jack Utter, Esq. Attorney for Plaintiff

DATED: September 12, 2011

GLEN ROSE PETROLEUM

Walter Weiss, Attorney for Defendant

Stipulation of Dismissal                                       1